## Exhibit A to the Complaint

**Location:** Queens, NY  **IP Address:** 67.245.72.250
**Total Works Infringed:** 133  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 31AE63119D33B814416DC89DD0492C267B396AD4<br>File Hash:<br>C623B9B98E2F58DA11608753D200B317B2B5AA0765832796A9B4A9AD6B9D187F | 05/10/2024 21:50:56 | Vixen | 04/19/2024 | 05/09/2024 | PA0002470255 |
| 2 | Info Hash: 397291D5E181159692C097AF18D369F5345B6C3D<br>File Hash:<br>3529D95F5D357D03FCB68F64B4FA38C17921948E4AE06C316DD52A3F636FA67F | 05/07/2024 03:00:59 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |
| 3 | Info Hash: 6C888036F361D0F1C6D15BE99EAD140D33A0F5C4<br>File Hash:<br>264B24FDE9371CBF9000731BC1E46C153BE935EAA94E4416945A2285254EC115 | 05/06/2024 12:22:07 | Vixen | 04/26/2024 | 05/09/2024 | PA0002470230 |
| 4 | Info Hash: D014D5A84425B3A9ADF7474A97E303662D0B6129<br>File Hash:<br>20C6EE6E1998951320C33E7C79A5F52613DBFF446A8CB374C82D9940A1E0F185 | 05/06/2024 12:20:33 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 5 | Info Hash: 85F2DCF72AA0D45C081F2D6D01ACB1139336A9B9<br>File Hash:<br>CD58189AE37B267D3A6A6A635CA2C3CB2FAA8DA3D0E98760BE292511AD6D487D | 03/28/2024 19:40:02 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 6 | Info Hash: B2D673DB4DB2FE02E13948D817F002625C590F3E<br>File Hash:<br>50E8A5EA6AB012B286B8AD4056190F20D0D6CAF38B7C2C95923ACD0D32ECDFF1 | 03/17/2024 14:55:24 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 7 | Info Hash: 21D7CB5A5C382B6E12D5DF2D9587C4869DF910F4<br>File Hash:<br>34137C4953C3C41B3D58F9C758905EAF38D2F64604E73E98171FE1F4FF422B2B | 03/17/2024 14:46:54 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 8 | Info Hash: 213DF7D1428C1419F9A8A1CBEF12F4E97382EB80<br>File Hash:<br>043552A5F8DA1B4EF9792D6B63059CA4FD54283A1B253AE118AF8289289488C7 | 03/05/2024 12:36:16 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 9 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 03/04/2024 00:32:10 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 10 | Info Hash: 09855072A84B4BBF2D6180DEFEC9F259DC6D31E6<br>File Hash:<br>A267716F682A0BB0C8391FCCB2CE8568AF6E03D0097BD537F5CB4ABA629C9ACB | 02/15/2024 19:30:38 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 11 | Info Hash: 62A3FBA0119FF9767E4717D9169665E9222438CC<br>File Hash:<br>5424A3FBDF39A296F6592CB94B5E42508E2D1F23BE6F87309491D8D1ED2959F9 | 02/03/2024 16:20:54 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E07877B71CF19666B48388AB9C202988860AC477<br>File Hash: A322DDC118786F478AF8E88429DB19350012AE87942D7E47B70598691EC6D8EC | 02/03/2024 13:33:05 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 13 | Info Hash: A6F141F699E68950275117EA2FF7BE98956947B1<br>File Hash: 4C19DE8D7798FFCD61C65A3C48FC8F89E31170D2511EB782EB91879CE337D292 | 01/22/2024 01:15:30 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 14 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash: B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 01/21/2024 13:14:47 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 15 | Info Hash: DEBC66D6F6EE421431C4599193F73BE438A5A546<br>File Hash: 2A52101EA2A627F71DFE19EB76A22368284B0C2C79D349782E09B0C58F072D13 | 01/10/2024 01:46:32 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 16 | Info Hash: E05892E51C11C704533286B934876D3493C2EE6D<br>File Hash: 8B4F03D82038C2BA8F2DF4B99B8F41D1C4F33E436641EE2BEE732ADA843164B0 | 12/28/2023 13:12:43 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 17 | Info Hash: CD0AF2CD592621C2E6B913C8A10B7230A5F13175<br>File Hash: 20B08EE941C93C8C90997C7CA47C8815DAF2F66D80DB947AF83F2E906DF177E8 | 11/06/2023 02:44:52 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 18 | Info Hash: E8131604A6BF155047B11078AE13229B35757F5B<br>File Hash: ABD73C642FF1470750A47F953CC22F6C65DC372B557AD3325FC627BC0AF48DCF | 10/08/2023 22:53:51 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 19 | Info Hash: 817B89E36A4A322A32B691C384916715B6F6E398<br>File Hash: 117333B55978ABBC36C886F4CE2BBB6043E5FD2BAA6E8D17643E996D88529F92 | 09/30/2023 11:16:47 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 20 | Info Hash: A0B36F8E469EC4523E1A0F9D594566FFA268A904<br>File Hash: C16D19EA6DA546D9966ACC23A2E739312F03C269790B06271DD2715981A9B19D | 09/24/2023 13:57:44 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 21 | Info Hash: 8D9D63325E915BAE9200A5E35623493124F26AA5<br>File Hash: 225ED54035AA9FB10EB1A5C5DE2065D1FDFA63EF84204384546A97A4D1C4455C | 09/15/2023 23:45:45 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 22 | Info Hash: 766E1C71FF552FF186850DD63CC9ECC58D923874<br>File Hash: 94A15DB252E3314B361CF8CB9EED99A5F740F31889D0713F562DD49D1050B59C | 09/11/2023 11:18:50 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 23 | Info Hash: D69C05485F7A1BF9C1263183FC7214D532B01045<br>File Hash: 8D71DC2A3421DEE1D2D5879BAB993995699C969BC9DF9C3863F68C3EFD937B31 | 08/28/2023 03:34:32 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F0EB5A6C5DAC99B7DD5281A3A341A4024E25C0F8<br>File Hash: C36D715D9B1EEF6051D38B13AAE7634664EBF9751192811B3A9B481D706FFC77 | 08/12/2023 03:07:26 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 25 | Info Hash: CBFCE52ACC78605F8B2CC9F6465302F34DA73918<br>File Hash: 2889B999617B3763A8E28B1B05A5086F5DBDF56988F8520A0E323DFE8D6456FE | 08/11/2023 22:43:03 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |
| 26 | Info Hash: 9C41308E5DB8820F5E530560B7CAFDD192FCF9F3<br>File Hash: 0345A9BDA3924921AD96202D3BD46DD5A9058144D9BC5D31B9C2DE681DE0551C | 07/13/2023 01:08:14 | TushyRaw | 07/12/2023 | 08/17/2023 | PA0002425538 |
| 27 | Info Hash: 928C8A9AF5E26C8C017DE2ADE23E40A442584D87<br>File Hash: C75BA07E3EE93DF359049E33C32741C9BDBB3F895FE4893C8BDA7F3BB20EE346 | 07/05/2023 11:22:10 | TushyRaw | 06/07/2023 | 07/14/2023 | PA0002427503 |
| 28 | Info Hash: CDE1EBE30D12BB48185E01B5DDD7BA9549DF4BCB<br>File Hash: FC6ED1B9110EF308157299D0842B9998C372FBD630644B804398B5E2ACAD851C | 07/03/2023 04:39:35 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 29 | Info Hash: 6C843BFB1BF4D0C7F9F2DC9AAEB4A75717C60A9B<br>File Hash: 7DE36A3DA7DAB9935FF122A18B4B2111D9A57A1767B135CFE20474E0FC0DF0CD | 06/26/2023 11:45:11 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |
| 30 | Info Hash: B8C3746B5238BCE108AF62303A30CC0C9B79D0A6<br>File Hash: A0F6BB9E6EF9F1E5587CD3717BEE1BFD3793A4A61C3C18DCCE6DA7E506774958 | 06/25/2023 11:48:35 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 31 | Info Hash: F39CDCE049E278257484520676EDCC5D87D72135<br>File Hash: 51E98FA3244F9A33A20F0538DCE247B34292BA8D099ADEADD95AC2DDC7C09E03 | 06/24/2023 13:00:28 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 32 | Info Hash: 7CA44F394BA7D268AEF3B612D1AF7D821E04F871<br>File Hash: 03E6110B7983B12380554BFAB80C2B661B9A61B6B8D95D2C4261832D9826A84B | 06/18/2023 10:15:32 | Blacked | 06/17/2023 | 07/13/2023 | PA0002420351 |
| 33 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash: 538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 06/17/2023 11:22:57 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 34 | Info Hash: 3003F609841FF5967AD04619C0160667AE41CD72<br>File Hash: 97134D048E3979F359DB53211522BC63D94B9C440A0EBB3C0FCC966D71340009 | 06/07/2023 20:54:30 | Vixen | 06/02/2023 | 06/09/2023 | PA0002415362 |
| 35 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06/04/2023 12:07:39 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash: DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 05/26/2023 19:24:34 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 37 | Info Hash: 3724C501D7A1DA1C70CE7CA6F01C2EBECD38C91A<br>File Hash: 0A3603F9A3C8E4D7E6303C987BCD1B298397397166D24070A3DCA8F7EE32D19F | 05/25/2023 09:48:32 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 38 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash: 01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 05/19/2023 00:00:46 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 39 | Info Hash: 265A71CB34CC15297F15EE23948D6F0D6CA1E706<br>File Hash: 3A0D9431B37CB711242C6C2BFE9387DFE707C55B658955F146F03C2B2F1D3680 | 05/18/2023 23:46:56 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 40 | Info Hash: 35715998120E4934BEEFD7F4F50AAF323FDE732E<br>File Hash: 255FDF4A2DFC3D182BEA301C297B889372478C7B59B9AC82AEC038D065CE14EF | 05/14/2023 22:37:31 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 41 | Info Hash: 711061440560362DE228D9B89300367651333F3A<br>File Hash: D8BA5227FA7EE9E2E952404158A35E10AD553C26D90425F7BDF7776FDD3AA3BA | 05/14/2023 22:36:06 | Tushy | 05/07/2023 | 05/14/2023 | PA0002411294 |
| 42 | Info Hash: 7EE83E4C760B6740D26B1695F6723039A7D97952<br>File Hash: D865F55231B9415F4D2B8D03D69CAFE100F0D737CA26A0426A337C72BB8643C3 | 05/14/2023 22:32:18 | Tushy | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 43 | Info Hash: 0551AC36E4110AC04ADD7B53D1C815F60F888212<br>File Hash: 248490163A84E1D03F00CEA33C8BDA9C654D5CFEBC869D469BB5E47814535104 | 05/05/2023 10:29:45 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 44 | Info Hash: CADFC2550C1531841FBBBE8A431AAA29DDD6FF42<br>File Hash: F2670A04292E1359A4BD2307B368E5D01F3C41324E49CAFAB39765B27C46D6ED | 04/25/2023 10:35:43 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 45 | Info Hash: 4C7BAB372E011EE32500824F77303C6FA1081F2C<br>File Hash: 7CFDE0C68F923902F9D2FB2E6FA6E679AC353A2BF7A84893BCEDA35B86C04811 | 04/10/2023 21:14:31 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 46 | Info Hash: 194C9D130307263E32933200A3EEBAA5DC4B8439<br>File Hash: D60C4EA58EEBB3006A654BA9F79090361F7F1C7FE9498BAEEF485CF9A715F66B | 04/09/2023 01:48:56 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 47 | Info Hash: A18508A39AEDB66A975A4A352F7F3B2049BB60E4<br>File Hash: 02EF55A7DAE09BA4A046DC3A947F58FDCF9008710CB483A7A376FDD1717AC551 | 04/03/2023 10:14:40 | Tushy | 04/02/2023 | 04/07/2023 | PA0002405755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 9DBC002C5F7B3E055A7C6B8486EFF5415A4D4850<br>File Hash: 5B8960146434E29DCAB101D3495A822B0599EBD46F053B646177461970D3E317 | 03/12/2023 07:00:12 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 49 | Info Hash: 95B9CF5CAF0E78C21913BDA68E42B394C45A7DEA<br>File Hash: AF63A8FF8E3D439EEC82F08904552769E5256206380DED58E6517F06037EE2E2 | 03/09/2023 19:58:19 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 50 | Info Hash: 8076E05B6DC44E02BF125C5917010AABDA507CA7<br>File Hash: B4DC05F776BEBFCD785BF0732307B2B491A652B881D811ACE284A6242297FC38 | 03/05/2023 23:01:42 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |
| 51 | Info Hash: 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA<br>File Hash: BFE4DDB1A644BF5767CCCB7776F41D052F9509199B8CFB06D1D95E9D87C284CA | 02/05/2023 20:56:42 | Vixen | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 52 | Info Hash: 0AA405BBE1DFC4939BEAA47EE519C7BD8B66C6AA<br>File Hash: 7F2515AE6CD73C028A6AC6CF4F7C58DED65A7759078C3B0CCDA534A01CA6D69F | 01/29/2023 13:12:58 | Slayed | 05/31/2022 | 06/09/2022 | PA0002361663 |
| 53 | Info Hash: D79A5BAE6B5907C5D7AEA83F843AED4519C2B0C0<br>File Hash: E92AF0A76AC72CD848FDB35D71AA6DA117B74A3AC727CA17B2CA9DC704C3D42E | 01/29/2023 12:21:17 | Blacked | 01/28/2023 | 03/07/2023 | PA0002400316 |
| 54 | Info Hash: A35B7A968521B5885D89AD8953272784B5E1BD37<br>File Hash: 823D49D061A3EF8449628E331BCA1206BC3FB74E68306A2F3A4B54D7E9088D05 | 01/16/2023 14:59:04 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 55 | Info Hash: 58F81BD82B771B5D4AF55AE736974F12910D7D85<br>File Hash: E8B682B634E26BA6078640680905CC29FD658C81DAF6BCB173C4EAEB46256D1A | 01/05/2023 15:03:28 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |
| 56 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 12/29/2022 15:59:23 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 57 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 12/26/2022 22:05:43 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 58 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash: 12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 12/22/2022 10:53:17 | Tushy | 12/18/2022 | 01/10/2023 | PA0002389612 |
| 59 | Info Hash: C7FEB8BCFF4D37F2A44B5ECF2B9B51E85EFCBE3B<br>File Hash: 5A0A1F0D0F5DF853C165F304720FB95BC242BEE8B351824489CDF46A9133CDBF | 12/13/2022 11:04:52 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash: 918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 12/08/2022 17:24:01 | Vixen | 11/04/2022 | 12/11/2022 | PA0002384755 |
| 61 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash: EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 12/06/2022 12:32:15 | Tushy | 11/27/2022 | 12/11/2022 | PA0002384751 |
| 62 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash: 9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 12/06/2022 11:09:43 | Tushy | 06/12/2022 | 06/27/2022 | PA0002354982 |
| 63 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash: BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 11/29/2022 17:44:59 | Vixen | 10/28/2022 | 12/11/2022 | PA0002384773 |
| 64 | Info Hash: 41B3EC2D6CD45BBF85051632D43E36BAA7523668<br>File Hash: 4D07D751E827A8C46DE62E42081B735949517A90A8475AAF97AB3299529BF463 | 11/26/2022 13:35:34 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 65 | Info Hash: BA3E47DF221C79C803F5F2404D9EE42DCE05F100<br>File Hash: 567FE6B623802D2252046655D0D7433E8C86F3F82AD50AA81D4A0CC854EC762C | 11/24/2022 12:21:06 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 66 | Info Hash: 1A834E3DD1093049BAF026D39D07F035E90563D4<br>File Hash: AA16A2FC62F5BC72B7D9DB8BC7CB78D2016D709E1656DDACDB51F2988ABD70B6 | 11/10/2022 10:49:23 | Vixen | 07/29/2022 | 08/29/2022 | PA0002367717 |
| 67 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash: 16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 10/10/2022 11:29:17 | Vixen | 10/07/2022 | 11/24/2022 | PA0002389323 |
| 68 | Info Hash: CC239B4670B969E38E82FA6A585C0101B1B1969C<br>File Hash: 0EC84053B829A7CBA88E47575498F2653CD0AB7EBDE41DCAC86B1242D01EC8D9 | 10/08/2022 11:04:22 | Slayed | 09/06/2022 | 09/22/2022 | PA0002378458 |
| 69 | Info Hash: 9C9868F9A2BCEE240B9C6D024C49B6394F903E00<br>File Hash: D67B2145BAA691C91BC741B6AA31CB596055AAADB999861C24F4F06F24027452 | 09/16/2022 17:13:17 | Tushy | 07/03/2022 | 07/22/2022 | PA0002359464 |
| 70 | Info Hash: 2088B21248F0593E084584D5CF0DEC6A0466B989<br>File Hash: 534C1EF9230BCA05E0DA03DBA761F5397A3EF039628877B050111F1B21541A61 | 08/13/2022 11:57:25 | Slayed | 03/22/2022 | 04/21/2022 | PA0002353052 |
| 71 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 08/07/2022 13:23:35 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash: 55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07/22/2022 10:06:42 | Tushy | 07/17/2022 | 07/22/2022 | PA0002359476 |
| 73 | Info Hash: 9535A78DFACB4D6DDE6B1C5E35ED4C1E522564BF<br>File Hash: D91D5FB959E09F270C460F2170CA218C228D27F833BE87F24B5A3928E5298C8C | 07/22/2022 09:53:23 | Blacked Raw | 07/18/2022 | 08/30/2022 | PA0002367753 |
| 74 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash: 68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07/18/2022 18:28:57 | Blacked | 07/16/2022 | 07/22/2022 | PA0002359474 |
| 75 | Info Hash: 55180E4EC7745FDB3381ED251EC1EBB744638571<br>File Hash: A97E2248FCD150D101F2456769202BEAAFD22628603407C69F1946B4336CF5BD | 07/15/2022 14:16:20 | Blacked Raw | 07/11/2022 | 07/22/2022 | PA0002359473 |
| 76 | Info Hash: DFFD0112647C2CEFBE960B92A7FBA222C5D07986<br>File Hash: 3AF2E96D36957EC17A031CB77EE956B0C732168DD179A25016F007A90F61D377 | 07/09/2022 10:30:46 | Blacked | 07/02/2022 | 07/22/2022 | PA0002359461 |
| 77 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 06/22/2022 11:12:43 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 78 | Info Hash: BC766D094BC26A1C7D8253340CE684319CF84B7B<br>File Hash: 35F0C1AEAB1463E33148CF37F773DA4437E2C6C2C822B46C557589DF331A4911 | 06/16/2022 11:09:45 | Tushy | 03/06/2022 | 03/29/2022 | PA0002342854 |
| 79 | Info Hash: 8704752915D6D81A770AD21758E97FAFF212662F<br>File Hash: FF72C55E6738CE011D5355FFB4C612167E8B201CA97607B57AC457CFCC84522C | 05/30/2022 15:53:01 | Tushy | 05/29/2022 | 07/21/2022 | PA0002368036 |
| 80 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 05/18/2022 14:01:52 | Vixen | 05/28/2021 | 08/02/2021 | PA0002305093 |
| 81 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 05/13/2022 23:36:50 | Vixen | 03/04/2022 | 03/29/2022 | PA0002342709 |
| 82 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 05/07/2022 18:26:54 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 83 | Info Hash: F614A0074F4A9979EDC019007D9EB4431614A823<br>File Hash: 74D8E977CE6CA3B41D531FD0CE700F348A42CC6555B826D6BC2D7A64A5D7B5EC | 05/07/2022 15:14:11 | Vixen | 05/06/2022 | 05/20/2022 | PA0002350383 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 05/04/2022 23:58:37 | Vixen | 04/22/2022 | 05/20/2022 | PA0002350377 |
| 85 | Info Hash: D9EE1F75B354C4AE7BC7D1CC02B15F54A9626ED1<br>File Hash: E0F448947F15E9CA3D7249E08E7F3A6914651BAA6257FE1ED60FC757ED551995 | 04/30/2022 11:17:53 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |
| 86 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 04/12/2022 15:20:34 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 87 | Info Hash: 3C0443FF390767BA5B427401087ADB1B626BCE22<br>File Hash: E520AAE48CD901AFC55DC2F91A93F95D694D5474712E3610243878B86B759E13 | 04/11/2022 17:38:24 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 88 | Info Hash: CA55EE0549539116BEEB98AFBC236DD49DC9DF63<br>File Hash: A5B3FE18786A566C886E2F259B85D1484B4D7BD0E2FD6499304446DFAEF2DB6A | 04/11/2022 17:37:45 | Tushy | 07/18/2021 | 08/02/2021 | PA0002305087 |
| 89 | Info Hash: D3F024BA551E687B147333701D49D2BBF5E9A45C<br>File Hash: 3CD01300DCC2935123FA4FDEC88C3682CA48853D8A4232E1D9F22BBE35B15917 | 03/23/2022 11:37:26 | Tushy | 03/20/2022 | 03/29/2022 | PA0002342842 |
| 90 | Info Hash: 69ECE7BD6C605D63E9EBEEFD35082CF1627E2932<br>File Hash: A3628C7AE4DA0E79C6D35487C4FF335DB1B04C0081C7DD4AC946B16F94EBBD1B | 03/22/2022 22:47:30 | Vixen | 03/18/2022 | 04/21/2022 | PA0002353056 |
| 91 | Info Hash: FB7E3EA3B9E083499E761482A6C6D7DFDB749555<br>File Hash: EE1EFABAC2DA07AF56C3C5710E9DE7C7EA142C3087F61B0A758DFD202F29E66D | 03/17/2022 00:13:21 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 92 | Info Hash: 043224958D2CCCE410C8A057A1D48992FEC6351B<br>File Hash: 42B1720CC0A71D34C95F141CC6BF8A3ECB28164A77584ADA2D957B0036FA0C20 | 03/04/2022 15:22:56 | Blacked Raw | 02/28/2022 | 03/29/2022 | PA0002342857 |
| 93 | Info Hash: 91C272F5FF3F2E58D24C946022CB8ACDAFAB46F4<br>File Hash: 447C527955F6E538FE6D150312C4E4B5FF83E1EDF58AD42BE5A743D0481BAC0C | 03/02/2022 23:13:20 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 94 | Info Hash: C9E0A0401E5B3EE6199FE8644DEFED93E274BC1A<br>File Hash: DEB294E2A07680C79E99C7BC6ACA5213838364A1EC36838726F10B49816221CA | 02/26/2022 12:41:04 | Vixen | 02/25/2022 | 03/29/2022 | PA0002342849 |
| 95 | Info Hash: B66E4DF4C377B571965639AC18CB070AB84F7B03<br>File Hash: C571F130ADC19F25E4AFEC3C79A2AE5543F6161FC96088BC75F7507D9F71A289 | 02/22/2022 15:33:16 | Vixen | 02/18/2022 | 03/29/2022 | PA0002342837 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 02/20/2022 00:50:18 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |
| 97 | Info Hash: 3D784503196D4B95F04098E2E56852F4F7D45836<br>File Hash: 0CA6C97E0A5152060A38ADBC585FBB30E4AB94B669792EC2D68772AF1761CF24 | 02/20/2022 00:40:58 | Tushy | 02/13/2022 | 03/29/2022 | PA0002342838 |
| 98 | Info Hash: 70B284BC18C7859CC075F5C3D3F66404CDF8F61D<br>File Hash: D0EA06025AC216C09A5FC937ACB62081A76AD6102B13F8507C82A76890D7B4E3 | 02/13/2022 00:11:17 | Slayed | 09/09/2021 | 09/30/2021 | PA0002320424 |
| 99 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02/09/2022 15:23:10 | Vixen | 02/04/2022 | 02/14/2022 | PA0002335462 |
| 100 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash: E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 02/09/2022 15:21:12 | Tushy | 02/06/2022 | 02/14/2022 | PA0002335460 |
| 101 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02/08/2022 12:47:20 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 102 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash: FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01/13/2022 15:36:16 | Tushy | 01/02/2022 | 01/17/2022 | PA0002330092 |
| 103 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 12/14/2021 23:13:17 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 104 | Info Hash: EA3A1459FD63ECD6B26644B90833EB3BD0C7E235<br>File Hash: 9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 12/14/2021 23:11:59 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 105 | Info Hash: 2FCBD1C3933C171D375EC8699D1FDE9EA1DA6C10<br>File Hash: 68210442F19631B56C7724F6E921FFB48D663BD863DECF01943DCB7CB59A8AC2 | 12/14/2021 23:04:50 | Vixen | 12/10/2021 | 03/04/2022 | PA0002345787 |
| 106 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12/14/2021 22:53:15 | Vixen | 12/03/2021 | 12/09/2021 | PA0002325832 |
| 107 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12/08/2021 17:32:30 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash: 4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 12/03/2021 13:14:59 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 109 | Info Hash: 176C8644F7C9DC603A411C98897AC75E05D7C673<br>File Hash: 095FC1E6A77B1880C1B5153E88FC978B3894DA027D822FDC72A5E99FDA31A989 | 11/21/2021 04:05:00 | Vixen | 11/12/2021 | 12/09/2021 | PA0002325810 |
| 110 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash: 06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 11/10/2021 15:53:45 | Blacked Raw | 11/08/2021 | 01/07/2022 | PA0002337933 |
| 111 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash: C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 11/05/2021 20:12:41 | Tushy | 09/26/2021 | 10/19/2021 | PA0002317053 |
| 112 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash: 12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 10/31/2021 15:52:01 | Tushy | 10/17/2021 | 11/11/2021 | PA0002321294 |
| 113 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash: 59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 10/28/2021 01:52:57 | Vixen | 10/22/2021 | 11/11/2021 | PA0002321272 |
| 114 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 10/21/2021 17:01:58 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 115 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 10/21/2021 17:01:36 | Vixen | 09/17/2021 | 10/05/2021 | PA0002315292 |
| 116 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 10/21/2021 17:00:59 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 117 | Info Hash: 6EF0A990E2D6BED03ACBC94E6B32574AECDD887E<br>File Hash: 11FE592AC86B40021DC11C07FF2DE45F5B9C4DBD2F4EEEBCE1318DEC8054A07E | 10/21/2021 16:43:56 | Vixen | 10/08/2021 | 11/11/2021 | PA0002321269 |
| 118 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10/21/2021 16:42:27 | Vixen | 10/23/2020 | 11/18/2020 | PA0002272622 |
| 119 | Info Hash: 23118C154A2FD4EBC3BD00500D2DCDEA4F2C56B1<br>File Hash: 3DA5CEB1E2331B505481C38046515105224F4DBBA22196663E8B26FDDBA4A8E7 | 09/18/2021 12:45:24 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 09/18/2021 12:40:25 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 121 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09/18/2021 12:39:39 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 122 | Info Hash: 915E67F728B3E924E28B40743321B2F1C9850FCE<br>File Hash: 7AEF308DB4A0E84D1537F4A6FC2924AF51BEF18725BA1E6BABD46CFA34C28050 | 09/09/2021 13:03:24 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 123 | Info Hash: 4B9A8463F0FBAAEB3D89398BD2E72F6762E3A2E6<br>File Hash: 2A432F4B2985F283FDB6A3F28DCB67E189DF5FD6A6A609EFA7A572FA356D191C | 08/20/2021 17:59:04 | Tushy | 08/15/2021 | 08/23/2021 | PA0002308401 |
| 124 | Info Hash: 5F686E0618BE3E4B271B6D69151098DC11B29F45<br>File Hash: CE89D3CAB34C7A0CE0E491E0F63EE4A94CD12EB47768D364C0CF318BC5C29499 | 08/12/2021 14:17:26 | Blacked | 02/20/2021 | 03/08/2021 | PA0002280369 |
| 125 | Info Hash: CA8793EAF0DC5F2789C843F7855A1AA21F06B669<br>File Hash: 858E2910B1C501C197D089841836F34D9A58EC3EA3DB720BF4BC46A17BB226E0 | 08/11/2021 17:41:13 | Blacked | 08/07/2021 | 08/23/2021 | PA0002308431 |
| 126 | Info Hash: BB996E2FDD37F72A5AA72DCD9F23E348B00BE13D<br>File Hash: F4D303DF0106202861E4DAC5705C34C1BAB44DCEFCDE8BDC84285BCC1A4CDF78 | 08/08/2021 15:38:03 | Vixen | 08/06/2021 | 08/23/2021 | PA0002308435 |
| 127 | Info Hash: CCEAC83A5DC4BF8E5C2DA55F99FE61BFD4E84C35<br>File Hash: 0F5D2F72B2FF480E2A6C69375F81AE99016688218161FFCFDAA5737DC1A79B62 | 08/06/2021 00:34:49 | Blacked Raw | 08/02/2021 | 08/23/2021 | PA0002308428 |
| 128 | Info Hash: 05926D256929D4E3557BF7DBE26A5DF0140DA580<br>File Hash: 12DB0B0E6F2AD6D47AF4BDC53CA5F62CAC99D03FF937B0796B3E6CF21057785D | 07/29/2021 10:38:55 | Vixen | 07/16/2021 | 09/21/2021 | PA0002312673 |
| 129 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07/29/2021 10:37:51 | Vixen | 07/23/2021 | 08/23/2021 | PA0002308400 |
| 130 | Info Hash: 6C93472B870D1A3FBCE36D3F90CC0E1E9DBD0E15<br>File Hash: 5958605F5086F5D45257FDD2CA4E68380E869342BFE06E9C9E4BC48334ADC732 | 07/09/2021 15:11:39 | Vixen | 07/02/2021 | 08/20/2021 | PA0002312015 |
| 131 | Info Hash: B4D0B97697D81B77AF5C415F0FBD3CB27BB6CA03<br>File Hash: 685811A7F6C3A6F69A48B696E34E82381019290C19CFE6B5910C24C1D8B5C097 | 07/06/2021 17:46:16 | Vixen | 06/04/2021 | 06/24/2021 | PA0002303620 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash:<br>93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 07/06/2021<br>04:54:47 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 133 | Info Hash: 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B<br>File Hash:<br>5CF9341843FB7AE8329D6419CA95220B72F483EEB3AF4B0204545DE2B0D63900 | 07/01/2021<br>10:51:19 | Blacked | 11/06/2017 | 11/27/2017 | PA0002097974 |